## THE STATE, EX REL. STUART, ET AL. *v.* SCHMIDT ET AL.

[No. 20,371.   Filed June 30, 1904.]

From Marion Circuit Court (11,045); *H. C. Allen,* Judge.

Action by the State, on the relation of Romus F. Stuart, and Romus F. Stuart, against William H. Schmidt and others. From a judgment for

defendants, plaintiffs appealed to the Appellate Court, where the judgment was affirmed. Appealed from the Appellate Court under subdivision 3, §1337j Burns 1901. *Affirmed.*

*P. W. Bartholomew,* for appellants.

*R. O. Hawkins. H. E. Smith, J. R. Wilson* and *M. M. Townley,* for appellees.

HADLEY, J.—William H. Schmidt was his own successor as treasurer of Marion county. The State, *ex rel.* Romus F. Stuart, and Romus F. Stuart join in this action against Schmidt and his sureties on his two official bonds as such treasurer. Except as to names, dates and amounts, the pleadings, rulings and questions presented are the same as those presented and decided in *State, ex rel.,* v. *Holt* (1904), *ante,* 198, and are ruled by the decision announced in the latter case. The circuit court therefore did not err in sustaining the demurrer to the amended complaint, and the judgment of the Appellate Court is, therefore, affirmed.

The death of appellee William H. Schmidt since the submission of this cause having been suggested, the judgment is affirmed as of the date of submission.